UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:14-00089 |
| | ) | JUDGE CAMPBELL |
| MIGUEL GUITERREZ | ) | |

ORDER

Pending before the Court is a Motion for Extension of Time to File Objections to the Presentence Report (Docket No. 16). The Motion is GRANTED.

It is so ORDERED.

*Todd Campbell*
_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE